AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| PNC Bank, National Association as Successor to RBC Bank (USA) | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:13-cv-00471 |
| Hombase Solutions Network, LLC, | ) |
| *Defendant* Blagoberto Herrera | ) |

FILED 2013 NOV 29 P 12: 35

CV 13 80273 MISC  RS

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 08/23/13.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 10/04/13

CLERK OF COURT **JAMES N. HATTEN**

_____
Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, as Successor to RBC BANK (USA),<br><br>Plaintiff,<br><br>v.<br><br>HOMEBASE SOLUTIONS NETWORK, LLC, and BLAGOBERTO HERRERA,<br><br>Defendants. | **CERTIFICATION CM/ECF DOCUMENT**<br>I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia<br>Civil Action No. 1:13-cv-00471<br>Date Filed: 8/23/2013<br>By: White, Deputy Clerk<br>OCT 03 2013 Clerk of Court<br>James N. Hatten |

### ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANTS

Plaintiff PNC Bank, National Association as Successor to RBC BANK (USA)'s Motion For Default Judgment and Memorandum in Support thereof having come before the Court for consideration, the Court having read and considered said Motion and Memorandum in Support, as well as all evidence of record, and for good cause found,

IT IS HEREBY ORDERED and ADJUDGED that Plaintiff PNC Bank, National Association as Successor to RBC BANK (USA)'s Motion for Default Judgment is GRANTED and Plaintiff have and recover from the Defendants in the unpaid principal amount of $133,187.27.

SO ORDERED, this 22nd day of August, 2013.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

## Notice of Electronic Filing

1.

The following transaction was entered on 8/23/2013 at 9:59 AM EDT and filed on 8/23/2013

**Case Name:** PNC Bank, National Association v. Homebase Solutions Network, LLC et al

**Case Number:** 1:13-cv-00471-JEC

**Filer:**

**Document Number:** 12

**Docket Text:**
**ORDER and DEFAULT JUDGMENT: IT IS HEREBY ORDERED and ADJUDGED that Plaintiff PNC Bank, National Association as Successor to RBC BANK (USA)s Motion for Default Judgment is GRANTED and Plaintiff have and recover from the Defendants in the unpaid principal amount of $133,187.27. Signed by Judge Julie E. Carnes on 8/22/13. (hfm)**

**1:13-cv-00471-JEC Notice has been electronically mailed to:**

Ronald J. Stay , Jr rstay@stites.com, cjarvis@stites.com, jdenalsky@stites.com

Susan Elizabeth Hall ehall@stites.com, kdwilliams@stites.com

**1:13-cv-00471-JEC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=8/23/2013] [FileNumber=5941884-0
] [8e733545fb1b67d5efdbb4d4819435334d4c80a04ad67cf99e5288c300284f6d978
ec1ce7a4d1fe67034af0a7addc230a7f60fe35ad5e34a7405300b92dbd368]]

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611091720
Cashier ID: sprinka
Transaction Date: 11/29/2013
Payer Name: wilke fleury hoffelt gould
------------------------------------
MISCELLANEOUS PAPERS
 For: pnc bank
 Case/Party: D-CAN-3-13-MC-080273-001
 Amount:        $46.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 139315
 Amt Tendered:   $46.00
------------------------------------
Total Due:       $46.00
Total Tendered:  $46.00
Change Amt:       $0.00

rs


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```